# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

## MEMORANDUM

TO: CLERK, U. S. DISTRICT COURT

FROM: CLERK, U. S. BANKRUPTCY COURT

DATE: December 14, 2005

RE: **Darlene Christian Medley, Rodney Lee Medley**, Debtor(s)

Case No. **05-12299**

Adversary Proceeding No.

District Court No: **1:05CV01092**

Attached hereto I am transmitting to your office the following documents/matters:

(XX) Certification of Memorandum Opinion and Order for consideration of sanctions and damages pursuant to Section 110(i).

Christine P. Hamrick
DEPUTY CLERK

cc: Bankruptcy Administrator
Darlene Christian Medley
Rodney Lee Medley
Gordon L. Gooch
Charles M. Ivey, III